**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
*blukitsch@bakerlaw.com*
Kamran B. Ahmadian (SBN 314566)
*kahmadian@bakerlaw.com*
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*
GAMESTOP INC.

**MILLER SHAH LLP**
James C. Shah (SBN 260435)
*jcshah@millershah.com*
Kolin C. Tang (SBN 279834)
*kctang@millershah.com*
8730 Wilshire Blvd., Suite 400
Los Angeles, CA 90211
Phone: 866-540-5505
Fax: 866-300-7367

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
Timothy N. Mathews (*Pro Hac Vice*)
*tnm@chimicles.com*
Dylan Altland (*Pro Hac Vice*)
*dda@chimicles.com*
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500

*Attorneys for Plaintiff*
ANNA ROSCAMP WILDER

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ANNA ROSCAMP WILDER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GAMESTOP CORP., D/B/A GAMESTOP INC.,

Defendant.

Case No.: 3:26-cv-00224-AJB-JLB

*Assigned to the Hon. Anthony J. Battaglia*

**JOINT NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Defendant GameStop Inc. ("GameStop") and Plaintiff Anna Roscamp Wilder ("Plaintiff" and together with GameStop, the "Parties"), by and through their undersigned counsel, jointly write to advise this Court that the Parties have reached a settlement and are working on finalizing a long form settlement agreement. The parties anticipate finalizing the settlement next week and that Plaintiff will file a notice of voluntary dismissal shortly thereafter.

Respectfully submitted,

Dated: May 8, 2026

**BAKER & HOSTETLER LLP**

By: */s/ Kamran B. Ahmadian*
Bethany G. Lukitsch, Esq.
Kamran B. Ahmadian, Esq.

*Attorneys for Defendant*
GAMESTOP INC.

Dated: May 8, 2026

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

By: */s/ Timothy N. Mathews*
Timothy N. Mathews, Esq.
Dylan Altland, Esq.

*Attorneys for Plaintiff*
ANNA ROSCAMP WILDER

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**CERTIFICATION**

I, Kamran B. Ahmadian, hereby certify that the content of the foregoing is acceptable to all persons required to sign the document and they have concurred in its filing.

By: */s/ Kamran B. Ahmadian*