**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: Wilder v. GAMESTOP CORP. Case No.: 26-cv-00224-AJB-JLB

On May 8, 2026, the parties filed a Notice of Settlement. (ECF No. 17.) Accordingly, **IT IS HEREBY ORDERED**:

1. A Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) shall be electronically filed on or before **June 24, 2026**.[1]

2. If a Notice of Dismissal is not filed on or before **June 24, 2026**, then a telephonic Settlement Disposition Conference shall be held with Plaintiff's counsel on **June 26, 2026**, at **3:15 p.m.** before Magistrate Judge Jill L. Burkhardt. For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (619) 657-0677 and use conference identification number 767-065-94.

3. If a Notice of Dismissal is filed on or before **June 24, 2026**, then the Settlement Disposition Conference shall be vacated.

Date: May 11, 2026

Initials: lc1
Chambers of the Hon. Jill L. Burkhardt

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.