**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA ROSCAMP WILDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAMESTOP CORP., d/b/a GAMESTOP INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 3:26-cv-00224-AJB-JLB |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above captioned action is voluntarily dismissed with prejudice.

Dated: May 27, 2026

Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*/s/ Timothy N. Mathews*

Timothy N. Matthews (*pro hac vice*)
Dylan Altland (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
tnm@chimicles.com
dda@chimicles.com

James C. Shah (CA Bar No. 260435)
Kolin C. Tang (CA Bar No. 279834)
**MILLER SHAH LLP**
8730 Wilshire Blvd., Suite 400
Los Angeles, CA 90211
Phone: 866-540-5505
Fax: 866-300-7367
jcshah@millershah.com
kctang@millershah.com

*Attorneys for Plaintiff Anna Roscamp Wilder*

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on May 27, 2026, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants.

*/s/ Timothy N. Mathews*
Timothy N. Mathews