UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ROSCAMP WILDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAMESTOP CORP., d/b/a GAMESTOP INC.,<br><br>Defendant. | Case No.: 26-cv-0224-AJB-JLB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On May 27, 2026, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 19.) Accordingly, this action is **DISMISSED** in its entirety **with prejudice**. The Clerk of Court is directed to close this matter.

**IT IS SO ORDERED.**

Dated: May 28, 2026

Hon. Anthony J. Battaglia
United States District Judge